UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

ANTONIO T. ROBINSON, SR., Plaintiff

v.

UAW INTERNATIONAL EXECUTIVE BOARD, Defendant.

Case: 2:26-cv-10266
Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 1/26/2026
Description: CMP ROBINSON V UAW INTERNATIONAL EXECUTIVE BOARD (TM)

**COMPLAINT**

### I. NATURE OF THE CASE

This is an action for breach of the duty of fair representation under Section 301 of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185, arising from Defendant UAW International Executive Board's failure to fairly, impartially, and in good faith review Plaintiff's appeals and grievances, including those brought under Article XXXIII of the UAW Constitution, related to his terminations and medical misclassification.

### II. JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant to 29 U.S.C. § 185 and 28 U.S.C. § 1331. Venue is proper in this District because the events giving rise to these claims occurred in the Eastern District of Michigan.

### III. PARTIES

Plaintiff Antonio T. Robinson, Sr. is an individual residing in Detroit, Michigan. Defendant UAW International Executive Board is a labor organization that represents members nationwide, including Plaintiff.

### IV. FACTUAL ALLEGATIONS

1. Plaintiff was employed by Ford Motor Company and was a dues-paying member of UAW Local 600.

2. Plaintiff sustained a work-related back injury on November 28, 2022, which was documented as an occupational injury.

3. Plaintiff was terminated on or about May 4, 2023, and again on or about March 4, 2024.

4. Plaintiff filed grievances challenging both terminations and the improper handling of his medical restrictions.

5. Plaintiff appealed UAW Local 600's handling of his grievances to the UAW International Executive Board pursuant to Article XXXIII of the UAW Constitution.

6. On August 14, 2025, the UAW International Executive Board issued a written dismissal letter denying Plaintiff's appeal.

7. In its August 14, 2025 dismissal letter, the UAW International Executive Board adopted Ford Motor Company's false allegation that Plaintiff was terminated for collecting work wages while receiving medical benefits.

8. The dismissal letter failed to address documentary evidence showing that Plaintiff properly submitted medical documentation and that his injury was occupational.

9. The UAW International Executive Board did not conduct a fair, impartial, or thorough investigation before denying Plaintiff's appeal.

10. By issuing the August 14, 2025 dismissal letter, Defendant violated its obligations under Article XXXIII and breached its duty of fair representation.

11. As a direct result of Defendant's conduct, Plaintiff suffered loss of employment, wages, benefits, and other damages.

## V. CAUSE OF ACTION – Breach of Duty of Fair Representation (LMRA § 301)

Defendant UAW International Executive Board breached its duty of fair representation by failing to investigate Plaintiff's appeal in good faith, by ignoring evidence, by violating Article XXXIII of the UAW Constitution, and by adopting false employer allegations without scrutiny.

## VI. PRAYER FOR RELIEF

Plaintiff seeks all relief available under law, including compensatory damages, injunctive relief, costs, and any other relief the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

*Antonio T. Robinson Sr.*
/s/ Antonio T. Robinson, Sr.

Antonio T. Robinson, Sr.
11683 Faust Avenue
Detroit, MI 48228
Plaintiff, Pro Se



provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Antonio T. Robinson "Pro Se"

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
U.A.W. International Executive Board.

County of Residence of First Listed Defendant: Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*
Citizen of This State: PTF [X] 1  DEF [ ] 1 — Incorporated or Principal Place of Business In This State: PTF [X] 4
Citizen of Another State: [ ] 2 [ ] 2 — Incorporated and Principal Place of Business In Another State: [ ] 5
Citizen or Subject of a Foreign Country: [ ] 3 [ ] 3 — Foreign Nation: [ ] 6

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
[X] 720 Labor/Management Relations

720

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C. § 185

Brief description of cause: Employment Discrimination, failure to accomodate, and retaliation under the ADA.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____