

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

ANTONIO T. ROBINSON, SR., Plaintiff

v.

UAW INTERNATIONAL EXECUTIVE BOARD, Defendant.

Case No.: 2:26-cv-10266

Assigned To: Hon. Linda V. Parker

Referral Judge: Hon. Elizabeth A. Stafford

**AMENDED COMPLAINT**



FILED
FEB 26 2026
CLERK'S OFFICE
DETROIT

## I. NATURE OF THE CASE

This is an action for breach of the duty of fair representation under Section 301 of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185, arising from Defendant UAW International Executive Board's failure to fairly, impartially, and in good faith review Plaintiff's appeals and grievances, including those brought under Article XXXIII of the UAW Constitution, related to his terminations and medical misclassification.

## II. JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant to 29 U.S.C. § 185 and 28 U.S.C. § 1331. Venue is proper in this District because the events giving rise to these claims occurred in the Eastern District of Michigan.

## III. PARTIES

Plaintiff Antonio T. Robinson, Sr. is an individual residing in Detroit, Michigan. Defendant UAW International Executive Board is a labor organization representing members nationwide, including Plaintiff.

## IV. FACTUAL ALLEGATIONS

1. Plaintiff was employed by Ford Motor Company and was a dues-paying member of UAW Local 600.

2. Plaintiff sustained a work-related back injury on November 28, 2022, which was documented as an occupational injury.

3. Plaintiff was terminated on April 20, 2023, and again on March 4, 2024.

4. Plaintiff filed grievances challenging both terminations and the improper handling of his medical restrictions.

5. Plaintiff appealed UAW Local 600's handling of his grievances to the UAW International Executive Board pursuant to Article XXXIII of the UAW Constitution.

6. On August 14, 2025, the UAW International Executive Board issued a written dismissal letter denying Plaintiff's appeal.

7. In its dismissal letter, the UAW International Executive Board adopted Ford Motor Company's allegation that Plaintiff was terminated for collecting work wages while receiving medical benefits.

8. The dismissal letter failed to address documentary evidence showing that Plaintiff properly submitted medical documentation and that his injury was occupational.

8A. Plaintiff submitted documentary evidence demonstrating that his treating medical provider cleared him to work through December 31, 2023, while Ford Motor Company internally reflected a restriction end date of December 31, 2024. The International Executive Board failed to address or analyze this material discrepancy in its dismissal decision.

9. The UAW International Executive Board did not conduct a fair, impartial, or thorough investigation before denying Plaintiff's appeal.

10. By issuing the dismissal letter, Defendant violated its obligations under Article XXXIII and breached its duty of fair representation.

## V. CAUSE OF ACTION – Breach of Duty of Fair Representation (LMRA § 301)

Defendant UAW International Executive Board breached its duty of fair representation by failing to investigate Plaintiff's appeal in good faith, by ignoring material evidence, by violating Article XXXIII of the UAW Constitution, and by adopting employer allegations without adequate scrutiny.

## VI. PRAYER FOR RELIEF

Plaintiff seeks all relief available under law, including compensatory damages, injunctive relief, costs, and any other relief the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

/s/ Antonio T. Robinson, Sr.

Antonio T. Robinson, Sr.

11683 Faust Avenue

Detroit, MI 48228

Plaintiff, Pro Se

313-344-8306